Carlos Makoto Taitano, State Bar No. 275820
 makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   81 80 8081 6527
Facsimile:    81 3 6234 1586

Attorney for Applicant
Mitsuki Kumada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>Mitsuki Kumada,<br><br>          Applicant. | Case Number: 22-mc-80095<br><br>**DECLARATION OF MITSUKI KUMADA IN SUPPORT OF MITSUKI KUMADA'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Mitsuki Kumada, declare as follows:

1. I am a licensed medical doctor in Japan.

2. I am a sole proprietor *doing business as* Kumada Eye Clinic (the "**Clinic**").

3. The principal place of business of the Clinic is located at 1-16-1 Akutami Minamiyama, Gifu-shi, Gifu 501-3133 Japan.

4. The Clinic is an ophthalmology clinic.

5. I am the Director of the Clinic, and as the Director of the Clinic, I oversee the business operations of the Clinic and have personal knowledge of the affairs of the Clinic.

6. I have personal knowledge of each of the matters stated herein.

7. I submit this declaration in support of Mitsuki Kumada's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

8. Many prospective and current patients of the Clinic find and contact the Clinic by searching for the Clinic on the Google search engine.

9. The Clinic maintains a Google My Business account, by which the Clinic is able to edit its business profile, including its physical location, that appears on various services operated by Google, including the Google search engine and Google Maps.

10. When prospective patients search for the Clinic on the Google search engine, the Clinic's Google business profile contained on the Clinic's Google My Business account and reviews and ratings of the Clinic are displayed as Google search results and on Google Maps.

11. The Clinic's Google Maps Place ID is "ChIJ_ZdLBxgHA2ARsc4mjYkNwbc" and a sample Google Maps review of the Clinic can be viewed at:

https://www.google.com/maps/contrib/116695234689465416009/place/ChIJ_ZdLBxgHA2ARsc4mjYkNwbc.

12. On April 3, 2021, Japan time, an anonymous individual (the "**First Anonymous Individual**"), using the Google Account with the display name of "*Muto Hiroshi*" ("武藤寛" in Japanese) (the "**First Google Account**"), rated the Clinic with a one-star rating without a descriptive review of the Clinic. Subsequently, on or around May, 2021, the First Anonymous Individual added a review of the Clinic to Google Maps (the review and the rating by the First Anonymous Individual are collectively the "**First Review**").

13. On June 30, 2021, Japan time, an anonymous individual (the "**Second Anonymous Individual**"), using the Google Account with the display name of "*Watanabe Nozomi*" ("渡辺希" in Japanese) (the "**Second Google Account**"),

published a review of the Clinic to Google Maps and rated the Clinic with a one-star rating (the "**Second Review**").

14. On June 30, 2021, Japan time, an anonymous individual (the "**Third Anonymous Individual**"), using the Google Account with the display name of "*m NAGASE*" (the "**Third Google Account**"), rated the Clinic with a one-star rating without a descriptive review of the Clinic (the "**One Star Rating**", and collectively with the First Review and the Second Review, the "**Subject Reviews and Ratings**"). Attached as **Exhibit 1** is a true and correct copy of each of the Subject Reviews and Ratings and their respective web page addresses.

15. Sometime before September 14, 2020, Japan time, an anonymous individual (the "**Fourth Anonymous Individual**", and collectively with the First Anonymous Individual, the Second Anonymous Individual, and the Third Anonymous Individual, the "**Anonymous Individuals**"), using a Google Account which display name is unknown (the "**Fourth Google Account**"), without the permission of the Clinic, added a location of the Clinic that does not exist to Google Maps (the "**Location Edit**"). Attached as **Exhibit 2** is a true and correct copy of the correct location of the Clinic being shown on Google Maps. Attached as **Exhibit 3** is a true and correct copy of the Location Edit, which is an incorrect location of the Clinic that was added by the Fourth Anonymous Individual shown on Google Maps.

16. Internet users with a Google Account can suggest new locations of businesses through Google Maps.

17. Because many of the Clinic's patients contact the Clinic through the internet, the Subject Reviews and Ratings damaged the reputation of the Clinic and had a significant negative effect on the Clinic's business operations, whereby I experienced a significant decrease in the number of new patients contacting the Clinic after the Subject Reviews and Ratings were published.

18. The Location Edit caused patients to be misled as to the correct location of the Clinic and caused patients to distrust the Clinic's business competence, resulting in the Clinic's reputation being damaged and the Clinic's business being interfered.

19. Because of the closeness in time that the Subject Reviews and Ratings were published (within a span of less than three months), and especially because the Second Review and the One Star Rating were published on the same day, I believe that a competitor published the Subject Reviews and Ratings on Google Maps.

20. Because the location to which the Location Edit pointed to was close-by to a different ophthalmology clinic that is not the Clinic, I believe that a competitor caused the Location Edit to prevent or confuse prospective and current patients from locating the Clinic's correct location.

21. I have no means of identifying, and have been unable to identify, the true identities of the Anonymous Individuals.

22. I consulted and hired Attorney Kazuyuki Yasuho about filing civil lawsuits in Japan against the Anonymous Individuals. I was advised by Attorney Yasuho that I would need to first discover the true identities of the Anonymous Individuals, because the true identities of the Anonymous Individuals are necessary to file the civil lawsuits against the Anonymous Individuals in Japan.

23. Once the true identities of the Anonymous Individuals are revealed, I intend to and will file civil lawsuits against the Anonymous Individuals for damaging the Clinic.

//
//
//
//
//
//
//

24. The identities of the Anonymous Individuals will only be used for the purposes of pursuing civil lawsuits against the Anonymous Individuals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2022.

_____
MITSUKI KUMADA

In re Ex Parte Application of Mitsuki Kumada
Declaration of Mitsuki Kumada

Webpage address:
https://www.google.com/maps/contrib/106924443534893463375/place/ChIJ_ZdLBxgHA2ARsc4mjYkNwbc/



武藤寛

おすすめしません。

Page **1** of **3**

Exhibit 1

Webpage address:
https://www.google.com/maps/contrib/100672205623995696575/place/ChIJ_ZdLBxgHA2ARsc4mjYkNwbc/



渡辺希

受付の人の感じが悪い。

看護師さん、検査の人は感じいい人が多かった

Page **2** of **3**

Exhibit 1

Webpage address:
https://www.google.com/maps/contrib/113328211081863554692/place/ChIJ_ZdLBxgHA2ARsc4mjYkNwbc/



m NAGASE

Exhibit 1

Webpage Address of Correct Location:

https://www.google.com/maps/place/%E3%81%8F%E3%81%BE%E3%81%A0%E7%9C%BC%E7%A7%91%E3%82%AF%E3%83%AA%E3%83%8B%E3%83%83%E3%82%AF/@35.4555775,136.8524786,17z/data=!3m1!4b1!4m6!3m5!1s0x60030718074b97fd:0xb7c10d898d26ceb1!8m2!3d35.4555732!4d136.8546673!16s%2Fg%2F1tct8m_4



Exhibit 2

Wepage Address of Wrong Location:

https://www.google.com/maps/place/くまだ眼科クリニック/@35.4860677,136.8656798,17z/data=!3m1!4b1!4m5!3m4!1s0x60030129209cbbdd:0x1006fdfde8497fd9!8m2!3d35.4860677!4d136.8678738



Page **1** of **1**

Exhibit 3