Carlos Makoto Taitano, State Bar No. 275820
 makoto@taitano.us.com
MFPR Roppongi Azabudai Bldg. 11th Floor
1-8-7 Roppongi
Minato-ku, Tokyo 106-0032 Japan
Telephone:   1 671 777 0581

Attorney for Applicant
Mitsuki Kumada

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Mitsuki Kumada<br><br>     Applicant. | Case Number: 22-mc-80095<br><br>**DECLARATION OF YOSHIE KATSURADA IN SUPPORT OF MITSUKI KUMADA'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Yoshie Katsurada, declare as follows:

1. I am over the age of eighteen years.

2. I am qualified to translate from the Japanese language to the English language because I can read, write, speak, and understand both the English language and Japanese language fluently.

3. I submit this declaration in support of Mitsuki Kumada's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. I translated Exhibit 1 that is attached to the Declaration of Mitsuki Kumada (which declaration will be submitted concurrently herewith) from the Japanese language to the English language. **Exhibit A** attached hereto is a true and correct English translation of Exhibit 1.

5. I translated Exhibit 2 that is attached to the Declaration of Kazuyuki Yasuho (which declaration will be submitted concurrently herewith) from the Japanese language to the English language. **Exhibit B** attached hereto is a true and correct English translation of Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2022.

*Yoshie Katsurada*
YOSHIE KATSURADA

Webpage address:
https://www.google.com/maps/contrib/100672205623995696575/place/ChIJ_ZdLBxgHA2ARsc4mjYkNwbc/



Nozomi Watanabe

The receptionist had a bad attitude.
There were a lot of nurses and people that did the examination that were nice

Page **1** of **2**

**Exhibit A**

Webpage address:
https://www.google.com/maps/contrib/106924443534893463375/place/ChIJ_ZdLBxgHA2ARsc4mjYkNwbc/



Hiroshi Muto

I don't recommend.

Page **2** of **2**

**Exhibit A**

Attachment

List of Sender Information

5  The following information for the persons who used each IP address listed in the attached List of Sender Devices, on or about the time as provided in the same list.
1. First and Last Name or Business Name

2. Address

Nothing follows

10

# Exhibit B